UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 02-80079-CR-HURLEY

UNITED STATES OF AMERICA,

v.

TRAVERES JEFFERSON,

Defendant.
_____/

FILED by ___ D.C.

SEP 2 4 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**REPORT AND RECOMMENDATION**

### I. Background

The Defendant, TAVERES JEFFERSON, appeared before the Court on September 23rd, 2013, represented by counsel, for a final hearing on the Petition for Warrant or Summons for Offender under Supervision. Defendant was originally convicted in the Southern District of Florida of possession with intent to distribute crack cocaine, in violation of 21 U.S.C. § 841(a)(1) (count I) and Possession with intent to distribute at least five grams of crack cocaine, in violation of 21 U.S.C. § 841(a)(1) (count II). On November 15th, 2002, Senior United States District Judge Daniel T.K. Hurley sentenced Defendant to 120 months in prison as to counts I and II, to be served concurrently, followed by eight years of supervised release, consisting of six years as to count I and a term of eight years as to count II, to be served concurrently, as well as a $200 special assessment fee. Defendant began his supervised release on January 25th, 2011.

Defendant is now charged, pursuant to a Petition for Warrant or Summons for Offender Under Supervision ("Petition"), with violating a mandatory condition by unlawfully possessing or using a controlled substance [DE 75]. Defendant had his initial appearance on the supervised

1

release violation on July 3rd, 2013. At that time, the Government requested pre-trial detention [DE 77]. At the subsequent hearing on July 10th, 2013, the parties jointly recommended, and the Court agreed, that Defendant be released to the Comprehensive Alcoholism Rehabilitation Programs ("CARP") for in-patient drug treatment, together with a $25,000 personal surety bond [DEs 80, 84, 85]. Defendant was released from jail to CARP and has remained in CARP through September 20, 2013. At the September 23rd, 2013 final hearing, the Court was advised that Defendant had successfully completed his in-patient drug program at CARP on September 20th, 2013. The Court then permitted Defendant to be released to reside with his wife, Julia Jefferson, pending final resolution of this case [DE 86]. Defendant was ordered to continue his drug treatment on an out-patient basis under the supervision of his probation officer, James Peirce. Defendant appears to be earnest in his desire to complete all necessary drug treatment and refrain from any further use of illegal narcotics.

## II. Summary of Hearing

At the September 23rd, 2013 hearing, upon questioning by the Court, Defendant stated that he was clear-headed and not under the influence of alcohol or any controlled substance. Defendant also stated that he had sufficient time to discuss the matter with his counsel. Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, Defendant was advised of the violation alleged against him, his right to contest the allegation at a final revocation hearing, his right to appear at the hearing and present evidence, and his right to question adverse witnesses. After being advised of his rights, Defendant stated that he wished to admit the allegation of violation and waive his right to a final revocation hearing as to that allegation. The Court finds that Defendant made this waiver and admission knowingly, intelligently, and voluntarily, and with the advice and assistance of competent counsel.

### III. Recommendation

For the foregoing reasons, it is respectfully recommended that Senior United States District Judge Daniel T.K. Hurley find that Defendant has violated the terms and conditions of supervision as alleged in the Petition. It is further recommended that the matter be set down for sentencing as to allegation 1 before Senior United States District Judge Daniel T.K. Hurley.

A party shall serve and file written objections, if any, to this Report and Recommendation with Senior United States District Judge Daniel T.K. Hurley, within fourteen (14) days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C).

DONE and ORDERED and DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 24th day of September, 2013.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE