## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 02-80079-CR-HURLEY

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

**v.**

**TRAVARES D. JEFFERSON,**
        **Defendant.**

------------------------------------------/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS
## AND SETTING SENTENCING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation

Office that the above named defendant violated the conditions of supervision and upon the Report

and Recommendations of a United States Magistrate Judge, [DE 87], dated September 24, 2013.

Upon consideration, it is

        **ORDERED** and **ADJUDGED** that:

        1. The Magistrate Judge's Report and Recommendations are **adopted**.

        2. A sentencing hearing will be conducted on **Monday, November 4, 2013,** at **3:15 p.m.** in

Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

        **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 29th day of October,

2013.

**copy furnished:**
AUSA John C. McMillan, Jr.
AFPD Robert E. Adler
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge